# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Jun 18 2018
Clerk, U.S. District Court
Western District of Texas

By: 

Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § **CASE NUMBER: EP:18-M -04544(1) RFC** | |
| vs. § § | |
| **(1) KAREN RAQUEL* LOPEZ-LOPEZ** § | |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, Karen Raquel* Lopez-Lopez, was represented by counsel, Rebecca R. Reyes.

The defendant pled guilty to the complaint on **June 18, 2018.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | June 15, 2018 |

As pronounced on June 18, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 18th day of June, 2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

USA §
§ **Case Number:**
vs. § EP:18-M -04544(1)
§
**(1) KAREN RAQUEL* LOPEZ-LOPEZ** §

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Rebecca R. Reyes, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 18th day of June, 2018.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

# United States District Court
## Western District of Texas
## El Paso Division

FILED
06/18/2018

Clerk, U.S. District Court
Western District of Texas

By: *VMontoya*
Deputy

## INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:18-M -04544(1) RFC

DEFENDANT'S NAME:  
(1) KAREN RAQUEL* LOPEZ-LOPEZ

ATTY FOR DEFENDANT:  
Reyes, Rebecca R.

JUDGE: ROBERT F. CASTANEDA  
DEPUTY CLERK: Veronica Montoya  
COURT REPORTER: ERO  

AUSA:  
INTERPRETER:  X  Yes    ☐ No  
PROB. OFFICER  
PRETRIAL OFFICER:  

DATE: 06/18/2018  
TIME: **33** Minutes   3:10 - 3:43

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| X  INITIAL APPEARANCE WAIVED | | X | |
| X  ARRAIGNMENT HELD | | X | |
| X  DFT INFORMED OF RIGHTS/oral consent to plea | | X | |
| X  GUILTY   DEFT [DftNo1] COUNT(S): COMPLAINT | | | |
| X  GUILTY PLEA ACCEPTED BY THE COURT | | X | |
| ☐  Information Filed On _____ | | | |
| ☐  Motion to Dismiss Complaint filed on _____ | | | |
| ☐  Court Grants Motion to Dismiss on _____ | | | |
| ☐  Order Dismissing Complaint entered on _____ | | | |
| X  Oral Motion by AUSA to Remit Special Assessment | | X | |
| X  Oral Order Granting Oral Motion to Remit Special Assessment | | X | |
| X  SENTENCING HELD: Defendant sentenced to : **Time Served / NO FINE / SA REMITTED** | | | |

OTHER: _____

ef

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/18/2018
Clerk, U.S. District Court
Western District of Texas

By: 
Deputy

| | | |
|---|---|---|
| **USA** | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: **EP:18-M -04544(1)** |
| | § | |
| **(1) KAREN RAQUEL* LOPEZ-LOPEZ** | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 15, 2018** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Karen Raquel LOPEZ-Lopez, an alien to the United States and a citizen of El Salvador, entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately .47 miles west of the Paso Del Norte Port of Entry on June 15, 2018, in El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part hereof:   **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Teran, Hortencia
Border Patrol Agent

06/18/2018                                                at   EL PASO, Texas
Date                                                           City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer
                                               **OATH TELEPHONICALLY SWORN
                                               AT 1:01 P.M.
                                               FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) KAREN RAQUEL* LOPEZ-LOPEZ**

FACTS   (CONTINUED)

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Karen Raquel LOPEZ-Lopez, an alien to the United States and a citizen of El Salvador, entered the United States from the Republic of Mexico by crossing the Rio Grande River approximately .47 miles west of the Paso Del Norte Port of Entry on June 15, 2018, in El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: EP:18-M -04544(1) |
| | § | |
| (1) KAREN RAQUEL* LOPEZ-LOPEZ | § | |

### ORDER SETTING INITIAL APPEARANCE/ MISD. ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE/ MISD. ARRAIGNMENT, in Magistraterd Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on 06/18/2018.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 06/18/2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE